DAVID CORDARO, an Infant, by His Guardian ad Litem, EDNA CORDARO, et al., Respondents, v. UNION FREE SCHOOL DISTRICT NUMBER 22, FARMINGDALE, Appellant.—

Plaintiffs failed to make out a prima facie case. Under the circumstances, requirement of more specific supervision than that actually provided, would be unreasonable (cf. *Miller* v. *Board of Educ. of Union Free School Dist. No. 1*, 249 App. Div. 738). In our opinion, there was no competent proof adduced that the apparatus was unsuitable for children of plaintiff's age; nor may that fact be inferred solely from the size

of the apparatus. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.